HELEN M. KONRAD, ET VIR. v. RICHARD F. HOPE, ET AL.

June 13, 1989.

Petition for certification denied.

GIOVINE HOME IMPROVEMENTS, INC., ET AL. v. AETNA CASU-
ALTY & SURETY COMPANY.

June 13, 1989.

Petition for certification denied.

RKR ENTERTAINMENT GROUP, ETC. v. MARVIN FILMS, ETC.

June 13, 1989.

Petition for certification denied.

KENNETH P. DINICOLA v. WATCHUNG FURNITURE'S
COMPANY MANOR, ET AL.

June 13, 1989.

Petition for certification denied.   (See 232 *N.J.Super.* 69)